UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MITCHAL ROSS,

    Plaintiff,

v.

RICHARD W. GANZHORN et al.,

    Defendants.

_____/

Case No. 2:17-cv-168

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITH PREJUDICE**.

Dated: January 8, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge